## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

KIRK WHITTAKER,

                 Petitioner,

-vs-                                           Case No.  6:05-cv-375-Orl-19KRS
                                                  (Criminal Case No.:  6:92-cr-104-Orl-19KRS)

UNITED STATES OF AMERICA,

                 Respondent.
_____

## **ORDER**

       This case is before the Court on the following matters:

       1.      Within eleven (11) days from the date of this Order, the Government shall file a copy of the Order entered by the Eleventh Circuit Court of Appeals with regard to Petitioner's application for leave to file a second or successive section 2255 motion.[1]

       2.      The Government has filed its response (Doc. No. 4) to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence, requesting that the Court deny the motion. Petitioner is advised out of an abundance of caution that the denial of his motion at this stage would represent a final adjudication of this case which may foreclose subsequent litigation on the matter. *See Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985).

       Accordingly, Petitioner shall have **FORTY-FIVE (45) DAYS** from the date of this order to file an opposition to the Government's response to his motion. Thereafter, both the motion and

---

[1]The Government indicated that the application was filed on January 18, 2005, and that the appellate court's order was entered on February 17, 2005.

the response to it will be taken under advisement by the Court, and an order will be entered without further notice.

      **DONE AND ORDERED** at Orlando, Florida, this __29th_____ day of August, 2005.

```
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT
```

Copies to:
pslc 8/19
Counsel of Record
Kirk Whittaker