UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIRK WHITTAKER,

    Petitioner,

v.                                   CASE NO. 6:05-cv-375-Orl-19KRS
                                   (6:92-cr-104-Orl-19KRS)

UNITED STATES OF AMERICA,

    Respondent.

---

## ORDER

    Petitioner's Reply (Doc. No. 15, filed September 19, 2005) is hereby **STRICKEN** because it exceeds twenty pages in length. *See* Local Rule 3.01(c). The Clerk of the Court is directed to remove the pleading from the record and to return it to Petitioner. Petitioner shall have thirty (30) days from the date of this Order comply with paragraph two of the Court's Order of August 30, 2005 (Doc. No. 13).

    **DONE AND ORDERED** in Chambers at Orlando, Florida, this __20th__ day of September, 2005.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 9/20
Kirk Whittaker
Counsel of Record