UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIRK WHITTAKER,

        Petitioner,

-vs-                                        Case No.  6:05-cv-375-Orl-19KRS
                                        (Criminal Case No.:  6:92-cr-104-Orl-19KRS)

UNITED STATES OF AMERICA,

        Respondent.
_____

## ORDER

This case is before the Court on the following motions:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 22)** |
| **FILED:** | December 2, 2005 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 23)** |
| **FILED:** | December 5, 2005 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Any appeal by Petitioner would not be taken in good faith because Petitioner has

failed to make a substantial showing of the deprivation of any federal constitutional right. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a).  Thus, Petitioner is not entitled to appeal as a pauper, and Petitioner shall pay the $255.00 appellate filing fee.

     **DONE AND ORDERED** in Chambers at Orlando, Florida, this ___7yj_____ day of December, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 12/7
Counsel of Record
Kirk Whittaker